**RALSTON, W.**

v.

**MOORE, R.**

**1284 WDA 2016**

Superior Court of Pennsylvania.

Filed 04/17/2017

Case No. 2012–1059 (Crawford)

Affirmed

**COM.**

v.

**WATLEY, J.**

**1545 WDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–02–CR–0005989–1993, CP–02–CR–0007012–1993 (Allegheny)

Affirmed

**COM.**

v.

**CUSTER, D.**

**1663 WDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–43–CR–0001279–2003 (Mercer)

Affirmed

**COM.**

v.

**RICHARDSON, M.**

**431 EDA 2015**

Superior Court of Pennsylvania.

Filed 04/18/2017

CP–51–CR–0004815–2013 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**MCCREERY, T.**

**769 EDA 2015**

Superior Court of Pennsylvania.

04/18/2017

CP–51–CR–0009261–2013 (Philadelphia)

Affirmed